IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE DELUNA,

    Petitioner,        No. CIV S-00-2414 LKK JFM P

    vs.

A.A. LAMARQUE, et al.,

    Respondents.        <u>ORDER</u>

                /

Petitioner has requested an extension of time to file and serve objections to the August 5, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's August 22, 2005 request for an extension of time is granted; and

2. Petitioner shall file and serve objections to the August 5, 2005 findings and recommendations on or before September 22, 2005. No further extensions of time will be granted.

DATED: August 29, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

/001;kf
delu2414.111