IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE DELUNA,

    Petitioner,                    No. CIV S-00-2414 LKK JFM P

  vs.

A.A. LAMARQUE, et al.,

    Respondents.             <u>ORDER</u>

                            /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 5, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On August 31, 2005, petitioner was granted until September 22, 2005 in which to file objections. That date has now passed, and neither party has filed objections to the findings and recommendations.

/////

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1. The findings and recommendations filed August 5, 2005, are adopted in full;
5 | and
6 |     2. Petitioner's application for a writ of habeas corpus is denied.
7 | DATED: September 27, 2005.

                                   /s/Lawrence K. Karlton
                                   UNITED STATES DISTRICT JUDGE

/delu2414.801