IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE DELUNA,

    Petitioner,                 No. CIV S-00-2414 LKK JFM P

    vs.

A.A. LAMARQUE, et al.,

    Respondents.             <u>ORDER</u>

                                   /

          Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

          On August 5, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. By order filed August 31, 2005, petitioner was granted an extension of time until September 22, 2005 in which to file objections. On September 29, 2005, this court entered an order observing that no objections had been filed and adopting in full the findings and recommendations.

          The next day, petitioner filed objections to the findings and recommendations. On October 11, 2005, petitioner filed a request for reconsideration of the denial of his petition for writ of habeas corpus without consideration of his objections.

1

Petitioner's objections were served on September 22, 2005, and are therefore timely. See Houston v. Lack, 487 U.S. 266 (1988) (prisoner documents are deemed filed as of the date they are delivered to prison officials for mailing). Accordingly, petitioner's motion for reconsideration is well taken, and this court's September 28, 2005 order and the judgment entered thereon will be vacated.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's October 11, 2005 motion for reconsideration is granted;

2. This court's order filed September 28, 2005 and the judgment entered thereon are vacated;

3. The findings and recommendations filed August 5, 2005 are adopted in full; and

4. Petitioner's application for a writ of habeas corpus is denied.

DATED: January 12, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/delu2414.805r