IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE DELUNA,

    Petitioner,                       No. CIV S-00-2414 LKK JFM P

   vs.

A.A. LAMARQUE, et al.,

    Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a motion to proceed in forma pauperis, noting that the court previously denied his request without prejudice. However, petitioner did not provide a completed request to proceed in forma pauperis, nor did he provide any financial information that would assist the court in making such a determination. The Clerk of the Court will be directed to send petitioner the application form.[1]

        Petitioner also filed a request for the court to provide copies of his filings to opposing counsel. The court does not provide this service to litigants, even if they are proceeding in forma pauperis. However, because respondents received notice of petitioner's motion from its electronic docketing and the court is again denying petitioner's request without

---

[1] The court notes, however, that petitioner has appealed this case and may wish to submit any renewed motion to proceed in forma pauperis to the Court of Appeals for the Ninth Circuit.

1

1 prejudice, petitioner is relieved of this obligation with regard to the March 31, 2006 filing.
2 Petitioner is cautioned, however, that under the Federal Rules of Civil Procedure, he is still
3 required to serve a copy of any court filing on counsel for respondents.
4            Accordingly, IT IS HEREBY ORDERED that:
5            1. Petitioner's March 31, 2006 motion to proceed in forma pauperis is denied
6 without prejudice.
7            2. The Clerk of the Court is directed to send petitioner the form for a request to
8 proceed in forma pauperis.
9            3. Petitioner's March 31, 2006 request to forward copies is denied.
10 DATED:  April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; delu2414.ifp